Date of Arrest: **10/29**

# United States District Court
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Gerardo GONZALEZ-Gonzalez <br> AKA: None Known <br> 200762651 <br> YOB: 1986 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 16-1886 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 29, 2016 Defendant Gerardo GONZALEZ-Gonzalez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about October 21, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed AUSA Joshua Kolsrud*

*USBP*

Signature of Complainant
Samuel Horrocks
Border Patrol Agent

Sworn to before me and subscribed in my presence,

__November 01, 2016__ at __Yuma, Arizona__
Date — City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer — Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Gerardo GONZALEZ-Gonzalez
AKA: None Known
200762651

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 29, 2016, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Laredo, Texas on or about December 22, 2016. The Defendant was most recently removed on or about October 21, 2016, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about August 29, 2016, for the crime of Illegal Re-entry, a felony.

Agents determined that on or about October 29, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 01, 2016
Date

Signature of Judicial Officer